**Film Title: Mechanic: Resurrection**
**Rights Owner: ME2 Productions, Inc.**

| | **SHA1:** B4A81D27B29589DD704A84498780ED183F12EB69 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| **1** | **71.229.212.144** | **39383** | **2017-05-02 03:02:32** | **Comcast Cable** | **Colorado** |
| **2** | **73.169.120.39** | **50321** | **2017-04-29 19:09:04** | **Comcast Cable** | **Colorado** |
| **3** | **73.78.24.93** | **53340** | **2017-04-29 04:52:10** | **Comcast Cable** | **Colorado** |
| **4** | **67.164.187.152** | **52245** | **2017-04-16 16:11:54** | **Comcast Cable** | **Colorado** |
| **5** | **71.205.207.40** | **50321** | **2017-04-09 15:39:05** | **Comcast Cable** | **Colorado** |
| **6** | **107.2.231.131** | **38032** | **2017-04-09 02:34:14** | **Comcast Cable** | **Colorado** |
| **7** | **73.34.208.162** | **50322** | **2017-04-04 02:12:12** | **Comcast Cable** | **Colorado** |
| **8** | **73.95.139.104** | **22652** | **2017-03-29 08:50:30** | **Comcast Cable** | **Colorado** |
| **9** | **73.95.139.125** | **54265** | **2017-03-23 09:59:58** | **Comcast Cable** | **Colorado** |
| **10** | **73.95.136.229** | **59985** | **2017-03-23 05:48:21** | **Comcast Cable** | **Colorado** |
| **11** | **24.8.122.14** | **36715** | **2017-03-22 13:34:02** | **Comcast Cable** | **Colorado** |
| **12** | **67.165.248.26** | **38814** | **2017-03-20 22:30:42** | **Comcast Cable** | **Colorado** |
| **13** | **76.120.50.195** | **61718** | **2017-03-19 07:43:07** | **Comcast Cable** | **Colorado** |
| **14** | **73.95.134.147** | **25609** | **2017-03-19 01:59:48** | **Comcast Cable** | **Colorado** |
| **15** | **174.51.153.223** | **61827** | **2017-03-16 03:39:04** | **Comcast Cable** | **Colorado** |
| **16** | **184.157.112.120** | **41540** | **2017-04-16 22:10:30** | **CenturyLink** | **Colorado** |

**EXHIBIT 1**